

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Richard Wayne Edgar,

Vs. No. 11-20-00025-CR

The State of Texas,

\* From the 42nd District Court
of Taylor County,
Trial Court No. 28034A.

\* March 12, 2020

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has considered Richard Wayne Edgar's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.